## CONTINUATION OF CRIMINAL COMPLAINT

### *Introduction*

1.      I, Parker Jones, have been employed as a Special Agent with the Department of Homeland Security Investigations (HSI) since May 2021. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). I have also completed the United States Border Patrol Agent Basic Academy, The United States Citizenship and Immigration Services (USCIS) Officer Basic Training Academy, the USCIS Fraud Detection and National Security Officer Training, The FLETC Law Enforcement Instructor Training Program, and the USCIS Training Officer Certification Program.

2.      Prior to my tenure as a Special Agent, I have worked in numerous capacities within the Department of Homeland Security. I have spent time as a sworn United States Border Patrol Agent working in the uniform, plain clothes, and prosecutorial units. I then transitioned to USCIS where I spent time as an Immigration Services Officer II, a Senior Immigration Officer (Course Developer/ Instructor), a District Training Officer, and a Fraud Detection and National Security Immigration Officer. During my time with the Department of Homeland Security, I have worked criminal and administrative law cases. I have made legal determinations regarding investigations and referrals for prosecution.

3.      As part of my duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography including violations

pertaining to the sexual exploitation of children (i.e. production of child pornography), in violation of 18 U.S.C. § 2251(a) and violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a). I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)) in many forms of media, including computer media.

4.     I am familiar with the information contained in this continuation based upon the investigation I have conducted and based on information provided to me by other law enforcement officers and computer examiners who have engaged in investigations involving the distribution of child pornography.

5.     The statements in this Continuation of Application for a Criminal Complaint and Arrest Warrant are based in part on the information gathered by United States and foreign Law Enforcement Officers, witnesses, my personal knowledge and my experience and training as an HSI Special Agent. This Continuation of Application for a Criminal Complaint and Arrest Warrant is intended to merely show there is probable cause for the requested warrant and does not set forth each and every fact known to me concerning this investigation.

6.     The information in this Continuation establishes probable cause that Anthony SPETOSKEY possessed and distributed child pornography in violation of 18 U.S.C. 2252A(a)(5)(B) (possession of child pornography) and 18 U.S.C. 2252A(a)(2) (distribution of child pornography)

### *Facts Supporting Probable Cause*

7.    This case is predicated on an investigation stemming from the United Kingdom (UK) relating to the sexual exploitation of minor female victims. Throughout this investigation, UK Undercover Agents (UCs) were in contact with an account with Telegram identification 7.526.724.037, the "SUBJECT ACCOUNT". Throughout the investigation, HSI Grand Rapids identified Anthony SPETOSKEY as directly associated with the SUBJECT ACCOUNT, which will be explained in subsequent paragraphs.

8.    The SUBJECT ACCOUNT remained in contact with the UCs while changing online monikers and usernames. This affiant has reviewed chat communications between the UK UCs and the SUBJECT ACCOUNT, to include conversation histories. Captured screenshots of the User Telegram profile provide that although the usernames and user info changed, the Telegram identification (7.526.724.037) remained the same for the usernames throughout the conversation. Each separate username was part of the same profile. This information confirms that it was the same account, and the SUBJECT ACCOUNT described throughout this continuation is the same person.

9.    In October of 2024, HSI London reached out to HSI Grand Rapids regarding a suspect who might be located in the Western District of Michigan. The suspect was involved in the sextortion of minor girls and the distribution of child sexual abuse material (CSAM). According to HSI London, the SUBJECT ACCOUNT, known as "No Limits" or "Nolimitaddme", as well as other online monikers was

utilizing Telegram to blackmail minor girls into (1) producing sexually explicit images/videos of themselves and (2) cutting themselves. The SUBJECT ACCOUNT would then sell and/or distribute these files.

10.    In July of 2024, the SUBJECT ACCOUNT was observed being added into a group known as "LORDZ." LORDZ is a group where CSAM is shared and distributed. The SUBJECT ACCOUNT's displayed image depicted the letters "NL" (believed to be an acronym for No Limit) which appeared to have been cut into an individual's skin. An image shared by the group administrator depicted a nude female's body with her legs spread. The female's face is not visible in the image. The words "nolimits", "Lordz", and "Slave" were written in blue marker on the female's chest and stomach. The words "16 yr whore" and "cum dumpster" were written on the inside of her thighs.

11.    In August of 2024, during a review of Telegram groups associated with the "LORDZ" network of offenders, authorities became aware of a post across multiple Telegram groups and channels with the credit for the images given to a believed collaboration of two suspected distributors of CSAM. This post was titled "NO LIMIT X LORDZ" which stated:

> "*Do you want a slutty slave ready whore? (British flag emoticon) This little UK fuck toy lives on 16 street. She loves to send, no training needed. She loves fucking huge objects (scared emoticon) she can fit a WHOLE SPRAY CAN in her tight teenage ASSHOLE!*
>
> *DM now for gape queen purchase (full set included once you own her)*

4

*(money emoticon) CRYPTO ONLY (money emoticon)*

*DM to buy a slave @Lordzadminsupport @Nolimitsisgod"*

    a.    Four sexually explicit images of a female (MV1)[1] were included in the post.

    b.    One of the images depicted MV1 with her legs spread exposing her vagina. The female was holding a piece of paper with the word "LORDZ" written on it. An unknown word was written across her chest (possibly "cunt") and what appeared to be "whore" was written across the inside of her thighs.

12.    On November 6, 2024[2], the SUBJECT ACCOUNT asked the UC, "You want a slave" and later stated:

*"Youngest I have is 12 right now. Then I have 2 15 and 16." "17"*

*"Year old"*

*"4 adults"*

13.    In October 2024, during a separately logged conversation with the UK UC, the SUBJECT ACCOUNT stated they would sell MV2's[3] content for $100 via Cash App. The SUBJECT ACCOUNT also offered to add the UC into his Telegram group for $150, which would allow access to "3 girls". When describing the group and access, the SUBJECT ACCOUNT wrote, "Plus I do 16 under girls mainly".

---

[1] Agent's Note: This female has been identified as a 15-year-old female from Scotland (MV1)
[2] This date was inaccurate in previous documents due to clerical error, but is correct here.
[3] The SUBJECT ACCOUNT referenced MV2 by name. Agent's Note: MV2 has been identified as a 15-year-old female from Poland. The SUBJECT ACCOUNT reported that she was 14 years old.

14.    Regarding blackmailing, the SUBJECT ACCOUNT stated, "Okay. I am not looking become rich off this", "I do this for my fun." The SUBJECT ACCOUNT added they had a "real job", and the blackmailing was during their "down time". The SUBJECT ACCOUNT also stated that they have had 250 slaves and had been doing this "on and off" for five years.

15.    The SUBJECT ACCOUNT then sent an image of MV1. MV1 was observed nude, laying down with her legs spread and her vagina and anus visible. The SUBJECT ACCOUNT wrote, "FYI I sold her for 1500."

16.    The following is an example of material the SUBJECT ACCOUNT provided UC UK authorities access to in October 2024 when the SUBJECT ACCOUNT added the UK UC to the group with icon photo "BM" – **photo_1_2024-10-01_14-32-26.jpg**: This image depicted MV1 sitting with her legs spread open exposing her vagina. On the female's body, the words "nolimits", "Lordz", and "Slave" are written on her chest and stomach. The words "16 yr whore" and "cum dumpster" are written on the inside of her thighs. There were numerous other CSAM files of this victim provided to the UC.

17.    The SUBJECT ACCOUNT requested payment via Cash App and stated they were "making a burner cash app." The SUBJECT ACCOUNT then provided a QR code with a Cash App display name of "Bunny Spit" and username of "$spitz66666".

18.    The SUBJECT ACCOUNT also provided a Venmo QR with a display name of "Bunny Spit" and a username of "@spitz7676" (shown below).



19.    The UK UC informed the SUBJECT ACCOUNT they were unable to use Cash App and Venmo due to the UC's location in the UK and requested the use of PayPal. The SUBJECT ACCOUNT stated they would establish a PayPal account.

20.    The SUBJECT ACCOUNT wrote, "I just set up PayPal" and provided getbunny4@gmail.com as the email associated with his PayPal. The SUBJECT ACCOUNT provided @BunnyHhk as the username for his PayPal account.

21.    In October of 2024, HSI London served DHS summonses to PayPal regarding the account information provided by the SUBJECT ACCOUNT. PayPal responded with transaction history showing two payments that were made by the SUBJECT ACCOUNT to the UK UCs:

    a.    PayPal Account Number: 5581185148747743803

    b.    PayPal ID: BunnyHhk,

7

    c.    email address "getbunny4@gmail.com"

    d.    PayPal Beneficiary Name: Bunny H

22.    PayPal additionally responded with information about the Venmo account:[4]

    a.    Venmo Tenant Account Number: 5329981379904527509

    b.    Name: Bunny Spit

    c.    Email address: getbunny4@gmail.com

    d.    Green Dot[5] account number: 4143980443108199

23.    Additionally, PayPal as the service provider of Venmo responded:

    a.    Venmo Account Number: 165150447

    b.    Name: Bunny Spit

    c.    Venmo Username: spitz7676

    d.    Email address: getbunny4@gmail.com

24.    In October of 2024, HSI London served DHS summons HSI-LN-2025-006166-001 to Green Dot, requesting information associated with Green Dot card number 4143980443108199, as well as accounts linked to Paige VERTZ, phone number 269-252-0508, and email address getbunny4@gmail.com. Paige VERTZ was a name provided by the SUBJECT ACCOUNT during the PayPal transaction with the UK UC.

---

[4] PayPal is an international online payment system.  Venmo is an American social media payment app primarily for peer-to-peer transactions.  Since 2013, Venmo has been owned by PayPal. Users can make Venmo payments within a PayPal checkout integration, and the PayPal platform also facilitates transfers between the two services.
[5] Green Dot provides prepaid debit cards that can be used anywhere Visa is accepted in the United States.

25.    Green Dot responded and provided (among other information) the following:

    a.    Card activation date of September 25, 2024

    b.    Email address of paigevertz24@gmail.com

    c.    Phone number of 269-252-0508

    d.    Address of 139 Sheldon Ave, SE in Grand Rapids, MI

26.    On October 31, 2024, HSI Grand Rapids served DHS summons HSI-GP-2025-007404-001 to Google LLC requesting account information associated with email account getbunny4@gmail.com.

27.    Google responded and provided the following:

    a.    Google Account ID: 927447164206

    b.    Name: Get Bunny

    c.    Given Name: Get

    d.    Family Name: Bunny

    e.    e-Mail: getbunny4@gmail.com

    f.    Users: bugman200000@gmail.com, getbunny4@gmail.com

28.    On November 20, 2024, HSI Grand Rapids served DHS summons HSI-GP-2025-012444-001 to Google LLC requesting account information associated with email account bugman200000@gmail.com.

29.    Google responded and provided the following:

    a.    Google Account ID: 810711004230

    b.    Name: Anthem

    c.      Given Name: Anthem

    d.      Family Name:

    e.      e-Mail: bugman200000@gmail.com

    f.      Created on: 2024-09-17 15:14:21 Z

    g.      Terms of Service IP: 217.180.216.143

    h.      Services: Gmail, Web & App Activity, Android, Google Calendar, YouTube, Google Payments

    i.      Last Updated Date: 2024-11-20 21:40:53 Z

30.    Additionally, Google provided the following information related to the associated Android device's Configuration Service Data. This information revealed additional e-mail addresses linked to the account:

    a.      Android ID: 4077392925652058583

    b.      IMEI(s): 353587406580588

    c.      Serial Number(s): ST1020T:7100016023059997

    d.      Users: bugman200000@gmail.com, getbunny4@gmail.com, sorrysory028@gmail.com

31.    HSI Grand Rapids reviewed IP data associated with this summons return and IP history received from Google indicate that the IPs resolve to known homeless shelters near Grand Rapids and a Grand Rapids public library.

32.    On November 22, 2024, HSI Grand Rapids served DHS summons HSI-GP-2025-014245-001 to Google LLC requesting account information associated with email account sorrysory028@gmail.com

33.    Google responded and provided the following:

    a.    Google Account ID: 976612419710

    b.    Name: Paige

    c.    Given Name: Paige

    d.    e-Mail: sorrysory028@gmail.com

    e.    Created on: 2024-11-08 21:49:13 Z

    f.    Terms of Service IP: 50.227.76.219

    g.    Services: Gmail, Web & App Activity, Google Calendar, Android

    h.    Last Updated Date: 2024-11-08 22:37:33 Z

    i.    Last Logins: 2024-11-08 21:49:14 Z

34.    HSI Grand Rapids analyzed results from this return which indicate that the IPs from this email account had resolved to the Grand Rapids public library.

35.    On June 24, 2025, HSI Grand Rapids interviewed Paige VERTZ while serving a federal search warrant. During the course of the interview, VERTZ stated:

    a.    she knew the user of the email address "bugman200000".[6]

    b.    the user of the "bugman" email address was her ex-boyfriend Anthony SPETOSKEY (VERTZ could not recall how to spell the last name).

36.    On July 10, 2025, HSI Grand Rapids conducted a second interview with VERTZ while returning property to her:

---

[6] HSI Grand Rapids asked VERTZ about the online name or email "bugman". Although different variations may appear or be referenced by VERTZ, HSI Grand Rapids concluded that due to the specificity and uniqueness of the username, all references to "bugman" relate to this particular investigation. VERTZ recognized the username almost immediately.

a.     VERTZ stated her ex-boyfriend (previously described as Anthony SPETOSKEY) had several e-mail addresses.

b.     VERTZ stated she had witnessed SPETOSKEY use the "bugman2000" email address.

c.     VERTZ stated it would have been possible that SPETOSKEY may have used her previous device. (cellular telephone)

d.     VERTZ stated she was in a relationship with SPETOSKEY approximately from the early fall of 2024 until the winter/spring of 2025.

e.     VERTZ stated SPETOSKEY was not a good person and that he was very secretive about his device.

f.     VERTZ stated SPETOSKEY used a Tracfone (cellular telephone) but locked her out of it.

g.     VERTZ stated SPETOSKEY had had her wallet and driver's license during the relationship.

h.     VERTZ stated she did not use PayPal in Grand Rapids but did in Benton Harbor.

i.     VERTZ later stated that she remembered getting a newer Green Dot card in Grand Rapids with SPETOSKEY.

j.     VERTZ stated that SPETOSKEY would have had access to that Green Dot card because he stole it from her.

k.     VERTZ stated that she never uploaded her driver's license to

PayPal, but that SPETOSKEY may have.

l.      VERTZ stated that SPETOSKEY told her that he was into computers.

m.      VERTZ stated she could not remember SPETOSKEY's PayPal name but when asked about "Bunny H" she stated that she thought that was one of his.

n.      When asked if SPETOSKEY used any phone apps, VERTZ immediately stated that SPETOSKEY was often on Telegram.

37.     When shown a photo of SPETOSKEY, VERTZ identified the photograph as SPETOSKEY.

38.     I reviewed the arrest reports and criminal history for SPETOSKEY. On June 7, 2016, SPETOSKEY was convicted of two counts of felony possession of child sexual abuse material and sentenced to 180 days confinement and 5 years of probation. The Michigan Department of State Police Incident Report 064-0003032-15 (34) related to this arrest referenced SPETOSKEY using the online moniker, "spitz77". This moniker is similar to those utilized by the SUBJECT ACCOUNT during this investigation ("Bunny Spit", "$spitz66666", "@spitz7676).

39.     I reviewed the Grand Rapids Police Department Incident Report Form 24-065934 dated October 8, 2024, which listed SPETOSKY's address as 225 Commerce Av SW., which is the address provided to PayPal for the getbunny4@gmail.com account.

13

40.    On August 25, 2025, Homeland Security Investigations obtained a federal search warrant for SPETOSKEY's phone, found him in Grand Rapids, and executed the search warrant near 800 7th St NW, Grand Rapids, Michigan.. Homeland Security Investigations located SPETOSKEY near Grand Rapids, Michigan. HSI Grand Rapids seized a cellular device found on Anthony SPETOSKEY. The cellular telephone is a TCL device.

41.    On August 26, 2025, I reviewed the data extraction related to the seized cellular device. During the review of the data extraction, I identified numerous sexually explicit photographs of MV1, which appear similar to the files shared with the UK UC.

42.    During the TCL cellphone examination, I located an image file that matched the background photo of the SUBJECT ACCOUNT which is known to be User Info: No Limits, User Name: Spitz1002. The background photo depicts an area of skin with the initials "NL" cut into the skin with traces of blood around the cut.

      a.    This was also an image that the SUBJECT ACCOUNT previously shared with the UK UC via Telegram.

      b.    This affiant located this image on the TCL cellphone extraction under two file names. (File Name: fDI1yZLL and nOJhmZDa)

43.    Examples of images of child sexually abusive material and sexual enslavement identified during the data extraction review include:

      a.    File Name: rLAzXbDI.  Description: MV1 sitting with her legs spread exposing her bare vagina. She is fully nude with her breasts exposed.

The words "CUNT", "FUCK" and "WHORE" are written on her chest, stomach and legs. The patterned wall background matches that of the photos shared by the SUBJECT ACCOUNT in the UK communications.

   b. File Name: bPZnlTDB.jpg.  Description: MV1 lying on her back with her legs spread and her knees bent up toward her armpits. MV1 is fully nude with her bare vagina and breasts showing to the camera. MV1 has an object inserted into her vagina. MV1 has the words "NO LIMITS", "LORDS SLAVE", "16YR WHORE", and "CUM DUMPSTER" written across her chest, stomach, and inner thighs.

   c. File Name: LLQXnTCZ.  Description: MV1 standing with her bare chest exposed to the camera. MV1 is holding a white paper sign with the words, "I am nolimits slave I give consent for him to sell my body to people". The patterned wall background matches that of the photos shared in the UK communications.

44. I identified two Google Account email addresses found within the Operating System artifacts linked to this cellular device as:

   a. getbunny4@gmail.com,

   b. spetoskeyvv@gmail.com[7]

45. During the examination of the TCL cellphone, I located the below emails containing Snapchat user information associated with getbunny4@gmail.com

---

[7] Anthony SPETOSKEY also provided this email address on 08/25/2025 while being interviewed by HSI Grand Rapids.

referencing "getbunny", "getbunny4", "Anthony", "Master", and the current username "ant3man"[8].

a.

From:    informational@email.snapchat.com
Received:  6/29/2025 10:48:10.866 PM
To:      getbunny4@gmail.com
Subject:  Anthony, See who just added you as a friend

b.

From:    no_reply@verify.snapchat.com
Received:  8/6/2025 12:21:34.134 AM
To:      getbunny4@gmail.com
Subject:  Your Snapchat username was changed

Hi ant3man,<br><br>This email is to let you know that the username for your Snapchat account has been changed from getbunny to ant3man.<br><br>As a quick reminder, you can only change your username once every 365 days.<br><br>If you did not make this change, please follow this <a

c.

From:    informational@email.snapchat.com
Received:  8/2/2025 3:55:59.585 AM
To:      getbunny4@gmail.com
Subject:  Master, See who just added you as a friend

46.    Within the data extraction found in the SnapChat artifacts, the Username "GetBunny" discussed his desire to start a "No Limits" webpage.

---

[8] Snapchat username "ant3man" is the username provided by Anthony SPETOSKEY on 08/25/2025 while being interviewed by HSI Grand Rapids.



**GETBUNNY**                                    ↖ Sent
                                    6/30/2025 12:12:39.969 PM

My kink is actually just having full control 😌. Get what I want when I want.

**GETBUNNY**                                    ↖ Sent
                                    6/30/2025 12:13:25.374 PM

It's a hunting that I like

**GETBUNNY**                                    ↖ Sent
                                    6/30/2025 12:14:49.543 PM

We need to keep this line open

**GETBUNNY**                                    ↖ Sent
                                    6/30/2025 12:15:40.807 PM

Look, I'm not after you your a chill person ❤️.

**GETBUNNY**                                    ↖ Sent
                                    6/30/2025 12:16:10.725 PM

So basically want a network that base on no limits 🥴

**GETBUNNY**                                    ↖ Sent
                                    6/30/2025 12:16:43.984 PM

Shit that cam show and only fans won't let you do.

**GETBUNNY**                                    ↖ Sent
                                    8/1/2025 4:10:32.629 AM

Look I can make websites

**GETBUNNY**                                    ↖ Sent
                                    8/1/2025 4:11:14.804 AM

Run true nolimit webcam and content site.

**GETBUNNY**                                    ↖ Sent
                                    8/1/2025 4:11:39.689 AM

I want you be part owner of this website

**GETBUNNY**                                    ↖ Sent
                                    8/1/2025 4:12:14.841 AM

I will pay for the domain of the site

47.    The Snapchat data extraction additionally included a conversation dated 07/24/2025, in which user GETBUNNY stated, "yo", to which the conversing user replied, "Who is you", GETBUNNY replied, "NL".

48.    During the examination of the TCL cellphone, this affiant located the following email from Venmo to getbunny4@gmail.com dated 7/29/2025 containing the following information:

    a.    Username: @spitz7676

    b.    Venmo user since: 10/10/2024.

*Conclusion*

49.    During the manual examination of the TCL cellphone, this affiant located a login saved password for site: https://thejavasea.me The associated saved name is listed as Biglst765. This username was located on the TCL data extraction in two areas. A Chrome Web History identified a visit titled, "Threads started by Biglst765 TheJavaSea, along with a Chrome autofill login value Biglst765.

50.    On September 2, 2024, this affiant visited url: https://thejavasea.me and identified within the "Member" Banner, the "Find members" section. This affiant typed in "Biglst765" and identified one (1) user with that moniker. This affiant captured the following photos relating to user "Biglst765".







51.     The photos captured relate to user, Biglst765" referring to himself as "no limits" while seeking out additional experienced hackers and doxxers. These photos also reference leaks along with a new website for "bm service".[9]

---

[9] BM is a term commonly used to reference blackmail in the context of leaked images.

### *Conclusion*

52.    Based upon the facts set forth above, I respectfully submit there is probable cause to believe that Anthony SPETOSKEY possessed and distributed child pornography in violation of 18 U.S.C. 2252A(a)(5)(B) (possession of child pornography) and 18 U.S.C. 2252A(a)(2) (distribution of child pornography).