UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:25–cr–00137–RJJ

    v.                                 Hon. Robert J. Jonker

ANTHONY DAVID SPETOSKEY,

        Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:          January 13, 2026   10:00 AM
Judge:              Robert J. Jonker
Place/Location:     699 Federal Building, Grand Rapids, MI

                                  ROBERT J. JONKER
                                  United States District Judge

Dated:   January 9, 2026      By:   _/s/ Stephanie Carpenter_____
                                    Case Manager