UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                   Case No. 1:25–cr–00137–RJJ

    v.                            Hon. Robert J. Jonker

ANTHONY DAVID SPETOSKEY,

       Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:          May 4, 2026  02:00 PM
Judge:              Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI

                          ROBERT J. JONKER
                          United States District Judge

Dated:  January 13, 2026      By:   /s/ Stephanie Carpenter
                                   Case Manager