UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,          No. 1:25-cr-137

          v.          Hon. Robert J. Jonker
                    United States District Judge

ANTHONY DAVID SPETOSKEY,

          Defendant.

_____/

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on January 13, 2026, Defendant Anthony David Spetoskey pled guilty to Count 1 of the Superseding Indictment, charging the Defendant with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a) and (e);

WHEREAS, pursuant to his guilty plea and plea agreement, Defendant has consented to the forfeiture of his interest in the following property, listed in the Forfeiture Allegation of the Superseding Indictment: a TCL Cell Phone Model A509D1 (IMEI: 016248009212876) (hereinafter the "Subject Property");

WHEREAS, based on Defendant's guilty plea and plea agreement, this Court finds that the Subject Property was used or intended to be used to commit or to promote the commission of violation of 18 U.S.C. § 2251; and

WHEREAS, this Court finds that Defendant had an interest in the Subject Property, and that the Government has established the requisite nexus between the same and the violation of 18 U.S.C. § 2251.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 2253, the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the United States Department of Homeland Security seize the Subject Property and dispose of the same in accordance with applicable law and regulations.

IT IS FURTHER ORDERED that notice of this forfeiture shall be published in accordance with 21 U.S.C. § 853(n)(1).

IT IS FURTHER ORDERED that any third party wishing to assert an interest in the Subject Property must petition the Court in accordance with 21 U.S.C. § 853(n)(2) and (3).

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), this Order of Forfeiture shall become final as to Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.


Dated:  March 3, 2026            /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               United States District Judge